IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| J.D.R., *minor, by and through his parents and next friends* DAVID ROWLEY and, RACHAEL ROWLEY, et al., | § | |
| Plaintiffs, | § | |
| v. | § | 1:25-CV-1545-RP |
| SAN MARCOS CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, | § | |
| Defendant. | § | |

**ORDER**

Before the Court is the report and recommendation, (Dkt. 44), of United States Magistrate Judge Mark Lane concerning Defendant San Marcos Consolidated Independent School District's ("Defendant") Motion to Dismiss, (Dkt. 24). Plaintiffs J.D.R. and J.M.R., and their parents (together, "Plaintiffs") timely filed objections to the report and recommendation. (Obj., Dkt. 45).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiffs timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules the parties' objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Mark Lane, (Dkt. 44), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant San Marcos Consolidated Independent School District's Motion to Dismiss, (Dkt. 24), is **GRANTED**. Plaintiffs' breach of contract claim is **DISMISSED** without prejudice, and Plaintiffs' Title IX claims are **DISMISSED** with prejudice.

The Court will enter final judgment by separate order.

**SIGNED** on September 24, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE